**No. 09-8420. Kupenda Young, Petitioner v. Gene M. Johnson, Director, Virginia Department of Corrections.**

559 U.S. 995, 130 S. Ct. 1745, 176 L. Ed. 2d 219, 2010 U.S. LEXIS 2271.

March 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 332 Fed. Appx. 35.

**No. 09-8423. George Prentiss, III, Petitioner v. John Ault, II, Warden, et al.**

559 U.S. 995, 130 S. Ct. 1745, 176 L. Ed. 2d 219, 2010 U.S. LEXIS 2264.

March 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 352 Fed. Appx. 141.

**No. 09-8424. Robert K. McCartney, Aubrey McCartney, and Elaine McCartney, Petitioners v. George McCormick, et al.**

559 U.S. 995, 130 S. Ct. 1746, 176 L. Ed. 2d 219, 2010 U.S. LEXIS 2275, ▮

March 8, 2010. Petition for writ of certiorari to the Court of Appeal of Louisiana, Third Circuit, denied.

Same case below, 7 So. 3d 891.

**No. 09-8573. Rene Martinez-Arellano, Petitioner v. United States.**

559 U.S. 996, 130 S. Ct. 1746, 176 L. Ed. 2d 219, 2010 U.S. LEXIS 2208.

March 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 345 Fed. Appx. 379.

**No. 09-8577. German Orlando Lopez, Petitioner v. United States.**

559 U.S. 996, 130 S. Ct. 1746, 176 L. Ed. 2d 219, 2010 U.S. LEXIS 2274.

March 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 348 Fed. Appx. 995.

**No. 09-8581. Joshua Joseph Tyler, Petitioner v. United States.**

559 U.S. 996, 130 S. Ct. 1746, 176 L. Ed. 2d 219, 2010 U.S. LEXIS 2263.

March 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 349 Fed. Appx. 200.

**No. 09-8587. Barron Wimbley, Petitioner v. United States.**

559 U.S. 996, 130 S. Ct. 1746, 176 L. Ed. 2d 219, 2010 U.S. LEXIS 2315.

March 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 349 Fed. Appx. 54.

**No. 09-8592. Oscar Alvarez Puente, Petitioner v. United States.**

559 U.S. 996, 130 S. Ct. 1747, 176 L. Ed. 2d 219, 2010 U.S. LEXIS 2227.

March 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 348 Fed. Appx. 76.

**No. 09-8594. LaCharles Williams, Petitioner v. United States.**

559 U.S. 996, 130 S. Ct. 1747, 176 L. Ed. 2d 219, 2010 U.S. LEXIS 2216.

March 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 333 Fed. Appx. 887.